DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 JUNE 2014

| 251P13-3 | George T. Powell, Jr. v. ProDev X, LLC v. George R. Brown, Penny R. Powers and Robert E. Rousseau, and Shafic Andraos, Intervenor | Plt's *Pro Se* Motion for Petition for Rehearing | Dismissed |
| 345P13-2 | State v. Samuel J. Jackson | Def's *Pro Se* Motion to Object and Appeal the Order of the Court | Dismissed |
| 345P13-3 | State v. Samuel J. Jackson | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **05/29/2014** |
| 375PA13-2 | Janet May and Curtis Hill, Co-Administrators of the Estate of Mark Curtis Hill v. Melrose South Pyrotechnics, Inc., and Ocracoke Civic Business Association d/b/a Ocracoke Island Civic and Business Association<br><br>Judy B. Bray, Administrator of the Estate of Melissa Annette Simmons v. East Coast Pyrotechnics, Inc., formerly known as Melrose South Pyrotechnics, Inc.<br><br>Kevin F. MacQueen, Administrator of the Estate of Charles Nathaniel Kirkland, Jr. v. East Coast Pyrotechnics, Inc., formerly known as Melrose South Pyrotechnics, Inc.<br><br>Martez Holland v. East Coast Pyrotechnics, Inc., formerly known as Melrose South Pyrotechnics, Inc. | 1. Defs' (Melrose South Pyrotechnics, Inc. and East Coast Pyrotechnics, Inc.) Motion for Temporary Stay (COA13-620)<br><br>2. Defs' (Melrose South Pyrotechnics, Inc. and East Coast Pyrotechnics, Inc.) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Melrose South Pyrotechnics, Inc. and East Coast Pyrotechnics, Inc.) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/05/2014** Dissolved **06/11/2014**<br><br>2. Denied<br><br>3. Denied |